| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |
|   ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Wall 009, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-1078688** |
| **4.** | **Debtor's address** | **Principal place of business** <br> **3926 Vista Woods Drive.** <br> **Carrollton, TX 75007** <br> Number, Street, City, State & ZIP Code <br><br> **Denton** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Wall 009, LLC** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| District | **Northern District of Texas** | When | **12/07/21** | Case number | **21-32191** |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Wall 009, LLC** _____ Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **WALL007, LLC** | Relationship **Affiliate** |
| District | **Eastern District of Texas** When **8/19/22** | Case number, if known **22-41049** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Wall 009, LLC** _____   Case number (*if known*)_____
      Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Wall 009, LLC**      Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2022**
                 MM / DD / YYYY

**X**   **/s/ Tim Barton**            **Tim Barton**
     Signature of authorized representative of debtor     Printed name

Title    **President of Managing Member**

**18. Signature of attorney**

**X**   **/s/ Eric A. Liepins**         Date   **August 30, 2022**
     Signature of attorney for debtor                        MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**      Email address   **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wall 009, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gong Xue Geng** Rm 1801, Building C, Shengshijiayuan, No Chaoyang District, Beijing, China | | | | | | $100,000.00 |
| **Gong Xuegeng** Rm 1801, Building C, Shengshijiayuan, No , Chaoyang District, Beijing, China | | | | | | $100,015.00 |
| **Guan Pei** #6101 Building 1, No.36 Zengguang Road Beijing, China. | | | | | | $100,000.00 |
| **Jiang Chenchen** 3395 Michelson Dr. Apt. 4460, Irvine, CA 92612 | | | | | | $100,030.00 |
| **Jie Zou** Room1601,Building 7,Phase II Yanlord Jiangwan City,No199 Leshan R Jianye District,Nanjing,Chin n | | | | | | $99,975.00 |
| **Jin Wang** Room 2-202, Builidng No.4, Huanxixincun, HangzhoU | | | | | | $152,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Wall 009, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Li Qiuying** <br> **Room 703, No.101 Xidajie,** <br> **Xuanwumen,** <br> **Xicheng Distric** <br> **Beijing, China** | | | | | | $49,983.00 |
| **Li Ruiling** <br> **Care of Heng Zhan:** <br> **Rm 503 Building 10** <br> **Yichengmingyuan** <br> **Daxing District,** <br> **Beijing 100176** | | | | | | $49,888.00 |
| **Li Xiaoqin** <br> **Care of: Hong Guo.** <br> **Room 6-902** <br> **No.500 Gubei** <br> **Central Garden** <br> **South Yili Rd.** <br> **Changning District** | | | | | | $49,963.00 |
| **Li Xin** <br> **Care of : Quiying Li.** <br> **Room 703** <br> **No.101 Xidajie,** <br> **Xuanwumen** <br> **Xicheng District,** <br> **Beijing, Chin** | | | | | | $49,982.50 |
| **Ling Guan** <br> **Room 39-101,** <br> **Yuehaihaoting,** <br> **No.458, Xian** <br> **Laoshan District,** <br> **Shandong, Chin** | | | | | | $100,030.00 |
| **Luobin** <br> **Care of Hong Guo** <br> **Room 6-902, No.50** <br> **Gubei Central** <br> **Garden, South Yili** <br> **Rd** <br> **Changning District,** <br> **Shanghai, Chin** | | | | | | $49,966.00 |
| **Mai Ye** <br> **Tower 31B, Taizi** <br> **Yuan, Hupan** <br> **Garden, Wen** <br> **China Yemai00247** | | | | | | $100,000.00 |
| **Ms Deng Min** <br> **Room3-1102,** <br> **JinDing Yuan Renhe** <br> **Ge, No. 4** <br> **Moganshan Rd.** <br> **Hanghzou** | | | | | | $200,030.00 |

Debtor **Wall 009, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Weijia Kong** **Room 615, Building No.28, West Area Xicheng District, Beijing, Chin** | | | | | | **$150,010.00** |
| **Wu Ruinian** **5-2-401, Xisihuan, MeiliyuanBeijing, China** | | | | | | **$100,030.00** |
| **Wu Ruinian** **5-2-401, Xisihuan MeiliyuanBeijing, China** | | | | | | **$100,030.00** |
| **Wu Yijing** **4-4-1403, Huafangyicheng. No. 29 Qingnia Chaoyang. Dist. Beijing Chin** | | | | | | **$300,000.00** |
| **Wu Yijing** **4-4-1403, Huafangyicheng. No. 29 Qingnia Chaoyang. Dist. Beijing Chin** | | | | | | **$100,000.00** |
| **Xu Yue** **Rm 1801, Building C, Shengshijiayuan, No , Chaoyang District, Beijing, China** | | | | | | **$100,015.00** |

Cai Xue Zhen
Room 1003, Unit2, Building 29
Yaojiang WendingyuanXihuDistrict
Hangzhou, China

Chen Qu
Care of: Heng Zhang. Rm 503
Building 10 Yichengmingyuan BDA
Daxing District Beijing

Gong Xue Geng
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District, Beijing, China

Gong Xuegeng
Rm 1801, Building C, Shengshijiayuan, No
, Chaoyang District, Beijing, China

Guan Pei
#6101 Building 1, No.36 Zengguang Road
Beijing, China.

Guo Hong
Room 6-902 No.500 Gubei Central Garden
South Yili Rd. Changning District
Shangha China

HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262

Jiang Chenchen
3395 Michelson Dr. Apt. 4460,
Irvine, CA 92612

Jie Zou
Room1601,Building7,Phase II
Yanlord Jiangwan City,No199 Leshan R
Jianye District,Nanjing,Chin

Jin Wang
Room 2-202 Builidng No.4
Huanxixincun Hangzhou

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435

Larry Marting
3069 Waterside Circle
Boynton Beach, FL 33435

Li Qiuying
Room 703, No.101 Xidajie,
 Xuanwumen, Xicheng Distric
 Beijing, China

Li Ruiling
Care of Heng Zhan:
Rm 503 Building 10 Yichengmingyuan
 Daxing District, Beijing 100176

Li Xiaoqin
Care of: Hong Guo. Room 6-902
No.500 Gubei Central Garden
South Yili Rd. Changning District

Li Xin
Care of : Quiying Li. Room 703
No.101 Xidajie, Xuanwumen
Xicheng District, Beijing, Chin

Lin Zhou
Room 1-406 No.1058
Lianhua Road
Shanghai China

Ling Guan
Room 39-101, Yuehaihaoting, No.458, Xian
Laoshan District, Shandong, Chin

Luobin
Care of Hong Guo Room 6-902, No.50
 Gubei Central Garden, South Yili Rd
Changning District, Shanghai, Chin

Mai Ye
Tower 31B, Taizi Yuan, Hupan Garden, Wen
China Yemai00247

Ms Deng Min
Room3-1102, JinDing Yuan Renhe Ge, No. 4
 Moganshan Rd. Hanghzou

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080

Vance McMurry
508 Lookout Drive
Suite 14-74
Richardson, TX 75080

Weijia Kong
Room 615, Building No.28, West Area
Xicheng District, Beijing, Chin

Wu Dan
Room901 Building 1
Fangshanyuan Yijingyuan Wener Rd
Xihu District, Hangzhou, China

Wu Ruinian
5-2-401, Xisihuan,
 MeiliyuanBeijing, China

Wu Yijing
4-4-1403, Huafangyicheng. No. 29 Qingnia
Chaoyang. Dist. Beijing Chin

Xu Yue
Rm 1801, Building C, Shengshijiayuan, No
, Chaoyang District, Beijing, China

Zhang Heng
Rm 503 Building 10
Yichengmingyuan BDA
Daxing District

Zhou Lin
Room 1-406 No.1058
Lianhua Road
Shanghai?China

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Wall 009, LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Wall 009, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carnegie Development, LLC**
**13636 Goldmark**
**Dallas, TX 75240**

☐ None [*Check if applicable*]

**August 30, 2022**
Date

**/s/ Eric A. Liepins**
**Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for  **Wall 009, LLC**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**