# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

**Dial-In Information**:

(1) You must use a touch-tone phone to participate.
(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4) Make the call from a quiet area where there is as little background noise as possible.
(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.
(6) When speaking during your case, identify yourself.
(7) Do not put the phone on hold at any time after the call is connected.
(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9) Once the case Meeting is finished, hang up.
(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code 4489529 | Conference Line – Local (toll) 517-833-3942 | Conference Line (toll free) 877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41113-btr

WALL009, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2022 | Form ID: pdf400 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL009, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Gong Xue Geng, Rm 1801, Building C, Shengshijiayuan, Chaoyang District, Beijing, China |
| 8177444 | | Cai Xue Zhen, Room 1003, Unit2, Building 29, Yaojiang WendingyuanXihuDistrict, Hangzhou, China |
| 8177446 | | Gong Xue Geng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| 8177447 | | Gong Xuegeng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| 8177448 | | Guan Pei, #6101 Building 1, No.36 Zengguang Road, Beijing, China. |
| 8177449 | | Guo Hong, Room 6-902 No.500 Gubei Central Garden, South Yili Rd. Changning District, Shangha China |
| 8177450 | + | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| 8177451 | + | Jiang Chenchen, 3395 Michelson Dr. Apt. 4460,, Irvine, CA 92612-3423 |
| 8177454 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8177455 | + | Larry Marting, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8177456 | | Li Qiuying, Room 703, No.101 Xidajie,, Xuanwumen, Xicheng Distric, Beijing, China |
| 8177460 | | Lin Zhou, Room 1-406 No.1058, Lianhua Road, Shanghai China |
| 8177463 | | Mai Ye, Tower 31B, Taizi Yuan, Hupan Garden, Wen, China Yemai00247 |
| 8177466 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8177467 | + | Vance McMurry, 508 Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |
| 8177469 | | Wu Dan, Room901 Building 1, Fangshanyuan Yijingyuan Wener Rd, Xihu District, Hangzhou, China |
| 8177470 | | Wu Ruinian, 5-2-401, Xisihuan,, MeiliyuanBeijing, China |
| 8177472 | | Xu Yue, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8177465 | + | Email/Text: smetzger@pmklaw.com | Sep 02 2022 00:24:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8177445 | | Chen Qu, Care of: Heng Zhang. Rm 503, Building 10 Yichengmingyuan BDA, Daxing District Beijing |
| 8177452 | | Jie Zou, Room1601,Building7,Phase II, Yanlord Jiangwan City,No199 Leshan R, Jianye District,Nanjing,Chin |
| 8177453 | | Jin Wang, Room 2-202 Builidng No.4, Huanxixincun Hangzhou |
| 8177457 | | Li Ruiling, Care of Heng Zhan:, Rm 503 Building 10 Yichengmingyuan, Daxing District, Beijing 100176 |
| 8177458 | | Li Xiaoqin, Care of: Hong Guo. Room 6-902, No.500 Gubei Central Garden, South Yili Rd. Changning District |
| 8177459 | | Li Xin, Care of : Quiying Li. Room 703, No.101 Xidajie, Xuanwumen, Xicheng District, Beijing, Chin |
| 8177461 | | Ling Guan, Room 39-101, Yuehaihaoting, No.458, Xian, Laoshan District, Shandong, Chin |
| 8177462 | | Luobin, Care of Hong Guo Room 6-902, No.50, Gubei Central Garden, South Yili Rd, Changning District, Shanghai, Chin |
| 8177464 | | Ms Deng Min, Room3-1102, JinDing Yuan Renhe Ge, No. 4, Moganshan Rd. Hanghzou |
| 8177468 | | Weijia Kong, Room 615, Building No.28, West Area, Xicheng District, Beijing, Chin |
| 8177471 | | Wu Yijing, 4-4-1403, Huafangyicheng. No. 29 Qingnia, Chaoyang. Dist. Beijing Chin |
| 8177473 | | Zhang Heng, Rm 503 Building 10, Yichengmingyuan BDA, Daxing District |

| | |
|---|---|
| 8177474 | Zhou Lin, Room 1-406 No.1058, Lianhua Road, Shanghai?China |

TOTAL: 13 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL009 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2