EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL009, LLC | § | Case no.22-41113 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of August 31, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41113-btr
WALL009, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL009, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Gong Xue Geng, Rm 1801, Building C, Shengshijiayuan, Chaoyang District, Beijing, China |
| cr | | Gong Xuegeng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| cr | | Guan Pei, #6101 Building 1, No.36 Zengguang Road, Bijing, China |
| cr | + | Jiang Chenchen, 3395 Michelson Dr., Apt. 4460, Irvine, CA 92612-3423 |
| cr | | Jie Zou, Room1601,Building 7, Phase II Yanlord Jiangwa City, No199 Leshan R Jianye District, Nanjing, China |
| cr | | Jin Wang, Room 2-202, Builidng No.4, Huanxixincun, HangzhoU, China |
| cr | | Li Qiuying, Room 703, No.101 Xidajie, Xuanwumen, Xicheng Distric, Beijing, China |
| cr | | Li Ruiling, Care of Heng Zhan, Rm 503 Building 10, Yichengmingyuan Daxing District, Beijing, China 100176 |
| cr | | Li Xin, Care of : Quiying Li., Room 703 No.101 Xidajie, Xuanwumen, Xicheng District, Beijing, China |
| cr | | Ling Guan, Room 39-101, Yuehaihaoting, No.458, Xian Laoshan District, Shandong, China |
| cr | | Luobin, Care of Hong Guo, Room 6-902, No.50 Gubei Central Garden, South Yili Rd Changning District, Shanghai, China |
| cr | | Mai Ye, Tower 31B, Taizi Yuan, Hupan Garden, Wen, China Yemai00247 |
| cr | | Weijia Kong, Room 615, Building No.28, West Area Xicheng District, Beijing, China |
| cr | | Wu Ruinian, 5-2-401, Xisihuan, MeiliyuanBeijing, China |
| cr | | Wu Yijing, 4-4-1403, Huafangyicheng. No. 29 Qingnia, Chaoyang. Dist., Beijing, China |
| cr | | Xu Yue, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deng Min, Room3-1102, JinDing Yuan Renhe Ge, No. 4 Moganshan Rd, Hanghzou |
| cr | | Li Xiaoqin, Care of: Hong Guo, Room 6-902 No.500 Gubei, Central Garden South Yili Rd., Changning District |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL009 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2