IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41113-btr

WALL009, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Oct 01, 2025 Form ID: pdf400 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL009, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Gong Xue Geng, Rm 1801, Building C, Shengshijiayuan, Chaoyang District, Beijing, China |
| cr | | Guan Pei, #6101 Building 1, No.36 Zengguang Road, Bijing, China |
| cr | | Jie Zou, Room1601,Building 7, Phase II Yanlord Jiangwa City, No199 Leshan R Jianye District, Nanjing, China |
| cr | | Jin Wang, Room 2-202, Builidng No.4, Huanxixincun, HangzhoU, China |
| cr | | Li Ruiling, Care of Heng Zhan, Rm 503 Building 10, Yichengmingyuan Daxing District, Beijing, China 100176 |
| cr | | Li Xin, Care of : Quiying Li., Room 703 No.101 Xidajie, Xuanwumen, Xicheng District, Beijing, China |
| cr | | Ling Guan, Room 39-101, Yuehaihaoting, No.458, Xian Laoshan District, Shandong, China |
| cr | | Luobin, Care of Hong Guo, Room 6-902, No.50 Gubei Central Garden, South Yili Rd Changning District, Shanghai, China |
| cr | | Weijia Kong, Room 615, Building No.28, West Area Xicheng District, Beijing, China |
| cr | | Wu Yijing, 4-4-1403, Huafangyicheng. No. 29 Qingnia, Chaoyang. Dist., Beijing, China |
| 8177444 | | Cai Xue Zhen, Room 1003, Unit2, Building 29, Yaojiang WendingyuanXihuDistrict, Hangzhou, China |
| 8177446 | | Gong Xue Geng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| 8177447 | | Gong Xuegeng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| 8177448 | | Guan Pei, #6101 Building 1, No.36 Zengguang Road, Beijing, China. |
| 8177449 | | Guo Hong, Room 6-902 No.500 Gubei Central Garden, South Yili Rd. Changning District, Shangha China |
| 8177450 | + | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| 8177451 | + | Jiang Chenchen, 3395 Michelson Dr. Apt. 4460,, Irvine, CA 92612-3423 |
| 8177454 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8177455 | + | Larry Marting, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8177456 | | Li Qiuying, Room 703, No.101 Xidajie,, Xuanwumen, Xicheng Distric, Beijing, China |
| 8177460 | | Lin Zhou, Room 1-406 No.1058, Lianhua Road, Shanghai China |
| 8177463 | | Mai Ye, Tower 31B, Taizi Yuan, Hupan Garden, Wen, China Yemai00247 |
| 8177466 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8177467 | + | Vance McMurry, 508 Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |
| 8177469 | | Wu Dan, Room901 Building 1, Fangshanyuan Yijingyuan Wener Rd, Xihu District, Hangzhou, China |
| 8177470 | | Wu Ruinian, 5-2-401, Xisihuan,, MeiliyuanBeijing, China |
| 8177472 | | Xu Yue, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8177465 | + | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |
| 8194305 | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 02 2025 03:47:00 | United States Trustee, 110 N COLLEGE, ROOM 300, Tyler, TX 75702-7231 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deng Min, Room3-1102, JinDing Yuan Renhe Ge, No. 4 Moganshan Rd, Hanghzou |

| | | |
|---|---|---|
| cr | | Li Xiaoqin, Care of: Hong Guo, Room 6-902 No.500 Gubei, Central Garden South Yili Rd., Changning District |
| 8177445 | | Chen Qu, Care of: Heng Zhang. Rm 503, Building 10 Yichengmingyuan BDA, Daxing District Beijing |
| 8177452 | | Jie Zou, Room1601,Building7,Phase II, Yanlord Jiangwan City,No199 Leshan R, Jianye District,Nanjing,Chin |
| 8177453 | | Jin Wang, Room 2-202 Builidng No.4, Huanxixincun Hangzhou |
| 8177457 | | Li Ruiling, Care of Heng Zhan:, Rm 503 Building 10 Yichengmingyuan, Daxing District, Beijing 100176 |
| 8177458 | | Li Xiaoqin, Care of: Hong Guo. Room 6-902, No.500 Gubei Central Garden, South Yili Rd. Changning District |
| 8177459 | | Li Xin, Care of : Quiying Li. Room 703, No.101 Xidajie, Xuanwumen, Xicheng District, Beijing, Chin |
| 8177461 | | Ling Guan, Room 39-101, Yuehaihaoting, No.458, Xian, Laoshan District, Shandong, Chin |
| 8177462 | | Luobin, Care of Hong Guo Room 6-902, No.50, Gubei Central Garden, South Yili Rd, Changning District, Shanghai, Chin |
| 8177464 | | Ms Deng Min, Room3-1102, JinDing Yuan Renhe Ge, No. 4, Moganshan Rd. Hanghzou |
| 8177468 | | Weijia Kong, Room 615, Building No.28, West Area, Xicheng District, Beijing, Chin |
| 8177471 | | Wu Yijing, 4-4-1403, Huafangyicheng. No. 29 Qingnia, Chaoyang. Dist. Beijing Chin |
| 8177473 | | Zhang Heng, Rm 503 Building 10, Yichengmingyuan BDA, Daxing District |
| 8177474 | | Zhou Lin, Room 1-406 No.1058, Lianhua Road, Shanghai?China |
| cr | * | Gong Xuegeng, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |
| cr | *+ | Jiang Chenchen, 3395 Michelson Dr., Apt. 4460, Irvine, CA 92612-3423 |
| cr | * | Li Qiuying, Room 703, No.101 Xidajie, Xuanwumen, Xicheng Distric, Beijing, China |
| cr | * | Mai Ye, Tower 31B, Taizi Yuan, Hupan Garden, Wen, China Yemai00247 |
| cr | * | Wu Ruinian, 5-2-401, Xisihuan, MeiliyuanBeijing, China |
| cr | * | Xu Yue, Rm 1801, Building C, Shengshijiayuan, No, Chaoyang District, Beijing, China |

TOTAL: 15 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL009 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2